# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| LT TECH, LLC<br><br>              Plaintiff,<br>     v.<br><br>KAYAKO, INC.<br><br>              Defendant. | Case No. 3:13-cv-3627<br><br>**DEMAND FOR JURY TRIAL** |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1, Plaintiff LT Tech, LLC ("LTT") hereby discloses, by and through its undersigned counsel, that it is a limited liability company.  No parent or publicly held corporation owns 10% or more of LTT's stock.

Dated:  September 10, 2013

Respectfully submitted,

By: */s/ Hao Ni*
Hao Ni
Texas State Bar No. 24047205
Ni, Wang & Associates, PLLC
8140 Walnut Hill Ln, Suite 310
Dallas, TX  75231
T:  972.331.4600
F:  972.314.0900
Email:  hni@nilawfirm.com

Matthew DelGiorno (*Pro Hac Vice Pending*)
Texas State Bar No. 24077131
DelGiorno IP Law, PLLC
906 Granger Drive
Allen, TX  75013
T:  214.601.5390

2

Email: matt@delgiornolaw.com

**Attorney for Plaintiff**
**LT Tech, LLC**