UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LT TECH, LLC<br><br>        Plaintiff,<br>    v.<br><br>KAYAKO, INC.<br><br>        Defendant. | Case No. 3:13-cv-3627 |

## NOTICE OF RELATED CASES

Pursuant to Local Rule 3.3, Plaintiff LT Tech, LLC hereby identifies the following pending, related cases:

*LT Tech, LLC v. Frontrange Solutions USA, Inc.*, Case No. 3:13-CV-0901-M, Judge Barbara M. Lynn, presiding

*LT Tech, LLC v. Sysaid Technologies Ltd. et al.*, Case No. 3:13-CV-2754-N, Judge Barbara M. Lynn, presiding

Dated:  September 10, 2013

Respectfully submitted,

By: */s/ Hao Ni*
    Hao Ni
    Texas State Bar No. 24047205
    Ni, Wang & Associates, PLLC
    8140 Walnut Hill Ln, Suite 310
    Dallas, TX  75231
    T:  972.331.4600
    F:  972.314.0900
    Email:  hni@nilawfirm.com

    Matthew DelGiorno (*Pro Hac Vice Pending*)
    Texas State Bar No. 24077131
    DelGiorno IP Law, PLLC

1

2

906 Granger Drive
Allen, TX  75013
T:  214.601.5390
Email:  matt@delgiornolaw.com

**ATTORNEYS FOR PLAINTIFF
LT TECH, LLC**